UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEMSMART SEMICONDUCTOR CORP.,<br><br>                    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No.   14-CV-02300-JCS<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION REGARDING DISMISSAL** |

# [~~PROPOSED~~] ORDER OF DISMISSAL

On this day, Plaintiff MemSmart Semiconductor Corp. and Defendant Apple Inc., announced to the Court that they have settled their respective claims for relief asserted in this cause.  The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against Apple Inc. by MemSmart Semiconductor Corp. herein are dismissed, with prejudice, and all counterclaims for relief against MemSmart Semiconductor Corp. by Apple Inc. are dismissed with prejudice; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

DATED:   2/9   , 2015      By: _____
Hon. Joseph C. Spero
United States Magistrate Judge